# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **DEBORAH LYNNE EUBANKS,** | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) Case No. 6:15-cv-02339-RDP |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | ) ) ) ) |
| Defendant | ) ) |

## MEMORANDUM OPINION

On June 29, 2018, the Magistrate Judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No party has filed objections to the Magistrate Judge's report and recommendation.

After careful consideration of the record in this case and the Magistrate Judge's report and recommendation, the court hereby **ADOPTS** the report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the decision of the Commissioner be affirmed.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** this July 17, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE